# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| TOMAS HODNETT | CIVIL ACTION NO. 09-1256 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SMURFIT-STONE CONTAINER ENTERPRISES, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

# ORDER

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED that Defendants' "Appeal of the Memorandum Order Issued by Magistrate Judge Under Rule 72(a) and LR 74.1 (W) and for Expedited Consideration and Sanctions/Costs" [Doc. No. 41] is DENIED, and Magistrate Judge Karen L. Hayes' Memorandum Order [Doc. No. 39] is AFFIRMED.

MONROE, LOUISIANA, this 28th day of October, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE